| | | |
|---|---|---|
| DOYLE R. HAM, JR. | * | 2014 JAN 16 P 12: 04 |
| Plaintiff | * | CLERK'S OFFICE AT BALTIMORE |
| v. | * | CIVIL NO. JKB-13-1728 DEPUTY |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

The Defendants have moved to dismiss this action (ECF No. 19). The Plaintiff has not responded to the Defendants' motion.

The individual Defendants (Hejirika, Landerkin, Green and Jones) are not "employers" under Title VII or the Age Discrimination in Employment Act (ADEA). As employees of the State, they are not liable in their individual capacities. For the reasons stated in Part III.A of the Defendants brief (ECF No. 19-1), and under the authority cited there, the Title VII and ADEA claims against the individual Defendants will be dismissed.

The Plaintiff's Title VII claim in general is deficient because he did not file a timely charge with the Maryland Commission on Civil Rights and, critically, he failed to raise with that body the factual allegations and complaints that he now makes before this Court. For the reasons set out in Part III.B of the Defendants' brief (ECF No. 19-1), Plaintiff's Title VII claim will be dismissed.

Finally, the Plaintiff does not allege facts sufficient to establish a discrimination claim under Title VII or the ADEA, nor facts sufficient to establish a retaliation claim under Title VII,

nor sufficient facts to establish a claim of discriminatory failure to promote under Title VII. Again, after review of all of the pleadings, the Court adopts the arguments set out in the Defendants' brief in Parts III.C, D, and E.

Accordingly, the DEFENDANTS' MOTION TO DIMISS (ECF No. 19) shall be granted by separate order which follows.

DATED this __15__ day of January, 2014.

BY THE COURT:

_James K. Bredar_
James K. Bredar
United States District Judge